UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Daniel Johnson,                )
                                     )
        Plaintiff,                   )
                                     )
            v.                       )        Civil Action No. *14- 1598*
                                     )
Chris Rollins,                       )
                                     )
        Defendant.                   )
_____    )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for

lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000. A party seeking relief in the district court must at least

plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to

plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a District of Columbia resident suing an individual identified as working in

the District. *See* Compl. Caption. Plaintiff states that he is suing defendant for "fraudulent

inducement, stealing my intellectual thoughts, and [for] mental anguish and emotional

distress[.]" Compl. at 2. Plaintiff seeks $100,000 in monetary damages. The complaint does not

present a federal question, and the Court cannot exercise diversity jurisdiction because both

1

parties are located in the District of Columbia. Hence, this case will be dismissed without prejudice. A separate Order accompanies this Memorandum Opinion.

United States District Judge

DATE: September 18, 2014